# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08cv256

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| Vs. | ) ORDER<br>) |
| PAUL L. McKEAN, | )<br>) |
| Defendant and<br>Counter Claimant, | )<br>)<br>) |
| Vs. | )<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Counter Defendant. | )<br>) |

**THIS MATTER** is before the court on periodic compliance review. Review of the file reveals that despite joinder of the issues on September 8, 2008, and a Notice issued by the Clerk of court on September 10, 2008, no Certificate of Initial Attorneys Conference ("CIAC") has yet been filed, making such pleading past due. Inasmuch as the defendant and counter claimant is proceeding *pro se*, counsel for plaintiff may either meet by phone with such defendant or each party can file their own CIAC.

# ORDER

**IT IS, THEREFORE, ORDERED** that the parties file the required Certificate of Initial Attorneys Conference by the close of business on October 22, 2008, or appear for a show cause hearing on October 23, 2008, at 2:00 p.m.

Signed: October 16, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge