IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:08CV256

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> PAUL L. McKEAN, ) <br> ) <br> Defendant. ) <br> ) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Government's motion to dismiss without prejudice pursuant to Fed. R. Civ. P. 12. The Defendant consents to the relief sought.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and this action is hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: November 3, 2008

Lacy H. Thornburg
United States District Judge